ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Southeast Technical Services, Inc. | )  ASBCA No. 59805 |
| | ) |
| Under Contract No. W912QR-14-P-0077 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Robert Gibson

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                    Jonathan R. Bryant, Esq.
                                     Assistant District Counsel
                                     U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

By Board Order dated 20 April 2015, the Board directed appellant to provide a valid mailing address and telephone number, show that appellant is represented by a person meeting the criteria of Board Rule 15(a), and file a complaint or designate the document entitled notice of appeal as its complaint. By email dated 24 April 2015, appellant provided a mailing address, but did not otherwise respond to the Board's Order. On 11 May 2015, appellant was ordered to fully respond to the Board's 20 April 2015 Order by 1 June 2015. After the deadline to provide a response passed, appellant called to request an extension of time. The Board granted an extension until 12 June 2015. The Board has received no response. Since the Board cannot proceed without a representative meeting the requirements of Board Rule 15(a), this appeal is dismissed.

Dated: 22 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59805, Appeal of Southeast Technical Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2